People of the State of Illinois, Plaintiff-Appellee, v. Felton Bridgewater, Defendant-Appellant.

Gen. No. 51,923. (Abstract of Decision.)

First District, First Division.

May 13, 1968.

Walter J. Brefford, of Chicago, for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Zagel, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURMAN. Not to be published in full.